JS-6

FILED
CLERK, U.S. DISTRICT COURT
3/6/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: CW DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

CAROL RIEGERT, individually, and on behalf of all others similarly situated

    Plaintiff,

v.

CENTRAL BILLING, LLC dba PACIFIC COLLECTION GROUP

    Defendant(s).

Case No. 2:19-cv-08959-JAK-JEM

**ORDER RE JOINT STIPULATION FOR DISMISSAL OF ACTION (DKT. 20)**

Based on a review of the Joint Stipulation for Dismissal of Action (the "Joint Stipulation" (Dkt. 20)), sufficient good cause has been shown for the requested relief. Therefore, the Joint Stipulation is **GRANTED**. Plaintiff Carol Riegert's individual claims are **DISMISSED WITH PREJUDICE** and the putative class members potential claims are **DISMISSED WITHOUT PREJUDICE**. This action is resolved in its entirety, with each party to bear its own costs, expenses, and attorneys' fees as incurred against one another in connection with this action.

**IT IS SO ORDERED.**

Dated: March 6, 2020  _____
John A. Kronstadt
United States District Judge